[No. 39774-9-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMALL A. JAMESON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00371-2, Nelson E. Hunt, J., entered September 9, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 39880-0-II. Division Two. June 28, 2011.]

*In the Matter of* MARGUERITE M. NICKLESS.

JAMES NICKLESS, *Respondent*, v. RICHARD E. SORRELS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-02294-7, Beverly G. Grant, J., entered September 11, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 39969-5-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL ROBERT STANLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00438-7, Nelson E. Hunt, J., entered October 23, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40025-1-II. Division Two. June 28, 2011.]

EASTWOOD ENTERPRISES, INC., *Respondent*, v. TACOMA SCHOOL DISTRICT NO. 10, *Appellant*, NOWICKI & ASSOCIATES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-06239-0, Frederick W. Fleming, J., entered October 30, 2009. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.